**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00174-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RAMIRO GONZALEZ-ALANIZ,

      Defendant.

---

# MINUTE ORDER[1]

---

A Notice of Disposition was filed on August 16, 2010.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the motions hearing set for August 20, 2010, at 2:30 p.m., is **VACATED**;

2.  That on **August 20, 2010**, at 10:00 a.m., the court shall conduct a telephonic setting conference to set the change of plea hearing in this matter; and

3.  That counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated:  August 17, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.