IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00174-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. RAMIRO GONZALEZ-ALANIZ,

     Defendant.

---

## MINUTE ORDER[1]

---

On August 20, 2010, the court conducted a telephonic setting conference to set the change of plea hearing. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **September 30, 2010**, at 11:00 a.m., the court shall conduct a change of plea hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: August 20, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.